■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD A. ABRAM, Appellant. — Judgment of the County Court, Nassau County (Goodman, J.), rendered May 5, 1982, affirmed. No opinion. This case is remitted to

the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Lazer, Thompson and Gulotta, JJ., concur.